# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON KITTLES,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>ROBERT HARO, et al.,<br>　　　　　　　Defendants. | CASE NO. CV-F-05-1046 OWW DLB P<br><br>ORDER DENYING PLAINTIFF'S MOTION TO AMEND AS MOOT AND GRANTING PLAINTIFF AN ADDITIONAL 30 DAYS IN WHICH TO FILE AN AMENDED COMPLAINT<br><br>[Doc. 16] |

Plaintiff Vernon Kittles is a federal prisoner proceeding pro se and in forma pauperis in this civil action seeking relief pursuant to the Federal Tort Claims Act. The Court originally opened this case as one made pursuant to Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971), which provides a remedy for violation of civil rights by federal actors. However, plaintiff has advised that he instead seeks relief pursuant to the Federal Tort Claims Act. *See* Doc. No. 9. The case was transferred to this Court on August 15, 2005. On December 5, 2005, the Court dismissed the complaint for failure to state a claim upon which relief could be granted and granted plaintiff leave to file an amended complaint. On December 15, 2005, plaintiff filed a document entitled

1  "Motion to Amend." However, plaintiff has not filed an amended complaint.

2  To the extent plaintiff's December 15, 2005 filing is a request to file an amended complaint, such
3  request is unnecessary as the Court granted plaintiff leave to file an amended complaint by its December
4  5, 2005 order. To the extent plaintiff seeks additional time to file an amended complaint, this request
5  is granted. Plaintiff is granted an additional 30 days in which to file an amended complaint pursuant to
6  the Court's December 5, 2005 order. If plaintiff fails to file an amended complaint, this action will be
7  dismissed for failure to obey a court order and failure to state a claim upon which relief can be granted.

9  IT IS SO ORDERED.

10  Dated:   August 31, 2006                     /s/ Dennis L. Beck
   3c0hj8                                   UNITED STATES MAGISTRATE JUDGE

2