UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| VERNON KITTLES, | ) | CV F- 05-1046 OWW DLB P |
| Plaintiff, | ) ) | FINDINGS AND RECOMMENDATION RE |
| v. | ) ) | PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| H. Lapin, et al., | ) ) | [DOC #15] |
| Defendants. | ) ) | |

Plaintiff Vernon Kittles is a federal prisoner proceeding pro se and in forma pauperis in this civil action seeking relief pursuant to the Federal Tort Claims Act. On December 5, 2005, the Court dismissed plaintiff's complaint with leave to amend. Plaintiff has not yet filed an amended complaint. On December 8, 2005, plaintiff filed a motion for summary judgment.

Summary judgment is appropriate when it is demonstrated that there exists no genuine issue as to any material fact, and that the moving party is entitled to judgment as a matter of law. Fed. R. Civ. P. 56(c). Under summary judgment practice, the moving party

> [A]lways bears the initial responsibility of informing the district court of the basis for its motion, and identifying those portions of "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," which it believes demonstrate the absence of a genuine issue of material fact.

Celotex Corp. v. Catrett, 477 U.S. 317, 323 (1986). Pursuant to Local Rule 78-230(m), motions in prisoner cases are deemed submitted twenty-eight (28) days after service of the motion or when a

1 reply is filed, whichever is later. If the required notice of a motion for summary judgment has not
2 been given, the Court generally lacks authority to grant the motion. *See Reese v. Sparks*, 760 F.2d
3 64, 66 (3d. Cir. 1985). Rule 56(f) of the Federal Rules of Civil Procedure provides:

> (f) When Affidavits are Unavailable. Should it appear from the affidavits of a party opposing the motion that the party cannot for reasons stated present by affidavit facts essential to justify the party's opposition, the court may refuse the application for judgment or may order a continuance to permit affidavits to be obtained or depositions to be taken or discovery to be had or may make such other order as is just.

Plaintiff has filed his motion for summary judgment prior to service of the complaint on defendants and did not serve defendants with his motion. Indeed, plaintiff does not yet have a complaint on file which states a cognizable claim for relief against the defendants.

Based on the foregoing, the Court HEREBY RECOMMENDS that plaintiff's motion for summary judgment be DENIED, without prejudice to refiling at a later date.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(l). Within **fifteen (15) days** after being served with these Findings and Recommendations, the parties may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   September 5, 2006           /s/ Dennis L. Beck
3b142a                              UNITED STATES MAGISTRATE JUDGE