UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERNON KITTLES, | 1:05-cv-01046-OWW-DLB-P |
| Plaintiff, | **ORDER ADOPTING FINDINGS AND RECOMMENDATION** (Doc. 19) |
| vs. | |
| H. LAPIN, et al., | **ORDER DENYING MOTION FOR SUMMARY JUDGMENT** (Doc. 15) |
| Defendants. / | |

Plaintiff, Vernon Kittles ("plaintiff"), is a federal prisoner proceeding pro se and in forma pauperis in this civil action seeking relief pursuant to the Federal Tort Claims Act. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 9, 2006, the Magistrate Judge filed Findings and Recommendation herein which were served on the parties and which contained notice to the parties that any objections to the Findings and Recommendation were to be filed within fifteen (15) days. To date, the parties have not filed objections thereto.[1]

---

[1] The United States Postal Service returned the order served on plaintiff on October 2, 2006, as undeliverable. A notation on the envelope simply indicated: Return to Sender. However, plaintiff has not notified the court of any change in his address. Absent such notice, service at a party's prior address is fully effective. See Local Rule 83-182(f).

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed September 6, 2006, are ADOPTED in full; and,

2. Plaintiff's motion for summary judgment is DENIED, without prejudice to refiling at a later date.

IT IS SO ORDERED.

**Dated:   December 19, 2006**            **/s/ Oliver W. Wanger**
emm0d6                                     UNITED STATES DISTRICT JUDGE